**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 57 EM 2018
:
Respondent   :
:
:
:
v.   :
:
:
:
ERIC WILLIAMS,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.